HERBERT M. TAYLOR, Respondent, *v.* THE TOWN OF CONSTABLE, Appellant.

(Argued January 29, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 8, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*T. P. Badger* for appellant.

*John P. Kellas* for respondent.

Agree to affirm on opinion below.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.